**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---x

Ivy C. Kong,

*Plaintiff*,

v.

Markwayne Mullin, Secretary of
Department of Homeland Security,

Joseph B. Edlow, Director of
U.S. Citizenship and Immigration Services,

*Defendants*.

---x

**Civil Action No. 26-cv-10728 -CL**

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsels for Plaintiff and Defendants to the above-captioned action, that this action shall be dismissed **without prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
October 21, 2026

Dong, Adam's Law Firm PLLC
*Attorney for the Plaintiff*
3708 Main St, Ste 308
Flushing, NY 11354

By: Adam Dong
Adam X. Dong, Esq.
Tel: (929) 269-5666
adxlaw@gmail.com

Dated: Newark, New Jersey
October 21, 2026

***Robert Frazer***
United States Attorney
*Attorney for Defendants*
District of New Jersey
970 Broad Street, Room 826
Newark, New Jersey 07102

By: Carolyn K. Depoian Bester
Carolyn K. Depoian Bester *Assistant U.S. Attorney*
(973) 297-2052
Carolyn.Depoian.Bester@usdoj.gov

SO ORDERED: 10/22/2026
**s/Stanley R. Chesler, U. S. D. J.**